```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

SHAHEED K. HAMZA,                )
                                 )
                 Plaintiff,      )           4:06CV3001
                                 )
        v.                       )
                                 )
NEBRASKA DEPARTMENT OF           )           ORDER
CORRECTIONAL SERVICES,           )
et al.,                          )
                 Defendants.     )
                                 )

IT IS ORDERED:

Defendants' oral motion to continue is granted, and the final pretrial conference and the due date for submission of the proposed pretrial conference order are continued as follows:

1. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **September 15, 2008.**

2. The Final Pretrial Conference is continued from today to **September 19, 2008 at 9:00 a.m.** before the undersigned magistrate judge. Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

3. If the plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

5. The trial date will be set by the undersigned magistrate judge at the time of the Final Pretrial Conference.

6. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Piester to be held on **September 19, 2008.**

DATED this 19th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge