IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAHEED K. HAMZA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3001 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | ORDER |
| CORRECTIONAL SERVICES, | ) | |
| et al., | ) | |
| Defendants. | ) | |
| | ) | |

Defense counsel has informed the court that plaintiff has not cooperated in the preparation of a pretrial order in accordance with the court's order of January 30, 2008 (filing 65).

IT THEREFORE HEREBY IS ORDERED,

1. The pretrial conference scheduled for September 19, 2008 is cancelled.

2. Plaintiff shall show cause, if any there be, within ten (10) days why this case should not be dismissed.

DATED September 18, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge